# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**912**

**CA 12-02090**

PRESENT: SMITH, J.P., CARNI, SCONIERS, AND VALENTINO, JJ.

---

LEE-ANN DEERING, CLAIMANT-APPELLANT,

V                                                    MEMORANDUM AND ORDER

STATE OF NEW YORK, NEW YORK STATE THRUWAY
AUTHORITY AND NEW YORK STATE DEPARTMENT
OF TRANSPORTATION, DEFENDANTS-RESPONDENTS.

---

LAW OFFICE OF WILLIAM MATTAR, P.C., WILLIAMSVILLE (APRIL J. ORLOWSKI
OF COUNSEL), FOR CLAIMANT-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PAUL GROENWEGEN OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Court of Claims (Jeremiah J. Moriarty, III, J.), entered January 9, 2012.  The order denied the motion of claimant for permission to file a late claim.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Memorandum:  In a proposed action to recover damages for injuries she allegedly sustained in a motor vehicle accident, claimant appeals from a January 2012 order denying her motion for permission to file a late claim pursuant to Court of Claims Act § 10 (6).  That order was entered "without prejudice" to a further application by claimant.  The Attorney General has informed this Court that the Court of Claims, by an August 2013 order, granted claimant permission to file a late claim.  Because the August 2013 order affords claimant "all the relief she seeks and . . . thus renders the appeal moot" (*Matter of Dye v Bernier*, 104 AD3d 1102, 1102), this appeal must be dismissed (*see Matter of Gasparro v Edwards*, 85 AD3d 1222, 1222 n; *see generally Matter of Cucinella v New York City Tr. Auth.*, 82 AD3d 1453, 1454).

Entered:  November 15, 2013                    Frances E. Cafarell
                                               Clerk of the Court